United States Court of Appeals
 for the district of columbia circuit
 

No. 97-1274 September Term, 1997

Air Canada, et al.,
 Petitioners
 
v.

Department of Transportation and
Rodney E. Slater, Secretary of Transportation,
 Respondents
 
Dade County, Florida and
American Airlines, Inc.,
 Intervenors
 

Consolidated with 97-1284

 Before: Henderson, Rogers and Garland, Circuit Judges.

 O R D E R

 It is Ordered, by the Court, on its own motion, that the opinion filed July 31, 1998 is
amended as follows:

 1. Revise the last sentence of the introduction, in the middle of page 3, to read, in part
(changes in boldface type): 

 Because the Department applied . . . and because the agency proceeding
 essentially continued the Carrier's lawsuit in which they had the burden of
 proof and the Carriers can point to no prejudice resulting from the assignment or
 its timing, we deny the petitions."

 2. Strike the full paragraph beginning on page 25 and carrying over to page 26.

 3. Revise the paragraph beginning on page 26 to read as follows (changes in boldfacetype):

 Without implying that a mid-course change in the assignment of the burden
 of proof can produce anything other than problems, and is hardly a preferred
 method of procedure, the circumstances leading to the filing of Dade County's
 request are unusual, effectively placing the Carriers in the position of the
 requestor in the instant case, and therefore the bearer of the burden of proof. 
 Because the district court directed the parties to take appropriate action
 under  47129 to submit the claim to the FAA, the agency proceeding was
 essentially a continuation of the Carriers' lawsuit. [NEW FOOTNOTE]

 But even if the Department erred in making a mid-course change in
 assignment of the burden of proof, the Carriers show no prejudice as a result. 
 [ Continue with the remainder of the full paragraph now on page 26 and
 continuing to page 27. ] 

 4. Add new footnote 19, as follows:

 Metropolitan Stevedore Co. v. Rambo, 117 S. Ct. 1953 (1997), is not to the
 contrary, inasmuch as there was no initial determination here that Dade County
 sought to modify and the Carriers filed suit in the district court where they clearly
 bore the burden of proof.

FOR THE COURT:
Mark J. Langer, Clerk

Filed on September 25, 1998